## GARCIA v. STATE.
### No. 26213.

Court of Criminal Appeals of Texas.
Jan. 28, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Judge.

A jury having been waived, appellant was convicted by the court for the offense of driving a motor vehicle while intoxi-

cated; the punishment assessed at a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular.

The judgment is affirmed.